# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

v.

Benga Alkanni Oyeniran

DEFENDANT(S).

CASE NUMBER: 12-1863 M

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: a/v 0900  8/6/12  ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☒  No ☐
3. Charges under which defendant has been booked:
   Title 18 USC 1344 & 1349
4. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes  ☒ No  ☐ Unknown
6. Interpreter Required: ☒ No  ☐ Yes: _____ (Language)
7. Year of Birth: 1967
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
12. Does the defendant have retained counsel? ☒ No
    ☐ Yes  Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services? ☐ No
    ☒ If yes, please list Officer's Name: Lity  Time: 1:05 AM / ☒ PM
14. Remarks (if any): _____

15. Date: 8/6/12
16. Name: Scott Robbins (Please Print)
17. Agency: US Postal Inspection Service
18. Signature: /s/
19. Office Phone Number: 213 830 2557

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION