# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Benga Akanni Oyeniran, Defendant. | Western Division<br>Case Number: 2:12-MJ-01863<br>Initial App. Date: 08/06/2012<br>Initial App. Time: 3:00 PM<br>Date Filed: 08/02/2012<br>Violation: 18:1349,1344<br>CourtSmart: CS 8/6/12 |

**Complaint & Warrant Custody**

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Paul L. Abrams**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**
Howard, Christianna — Deputy Clerk
Andrew Brown — Assistant U.S. Attorney
None — Interpreter/Language

- [ ] INITIAL APPEARANCE NOT HELD - CONTINUED
- [x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  - [x] preliminary hearing OR [ ] removal hearing / Rule 20.
- [x] Defendant states true name [x] is as charged [ ] is _____
- [ ] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
- [x] Attorney: Yasmin Cader, DFPD [ ] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
  - [x] Special appearance by: Alex Kessel, retained
- [x] Government's request for detention is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN [x] CONTINUED
- [ ] Defendant is ordered: [ ] Permanently Detained [ ] Temporarily Detained (see separate order).
- [ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- [ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
- [x] Preliminary Hearing waived.
- [ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
- [ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- [ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- [ ] Preliminary Hearing set for _____ at 4:30 PM _____
- [x] PIA set for: 9/10/2012 at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
- [ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [ ] Defendant executed Waiver of Rights. [ ] Process received.
- [ ] Court ORDERS defendant Held to Answer to _____ District of _____
  - [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
  - [ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  - [ ] Warrant of removal and final commitment are ordered stayed until _____
- [x] Case continued to (Date) 8/10/12 (Time) 11:00 [x] AM / [ ] PM
  - Type of Hearing: Detention Before Judge Abrams / Duty Magistrate Judge.
  - Proceedings will be held in the [ ] Duty Courtroom _____ [x] Judge's Courtroom G
- [x] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- [ ] RELEASE ORDER NO: _____
- [ ] Other: _____

[ ] PSA  [ ] USPO        [ ] FINANCIAL        [ ] READY
Deputy Clerk Initials CH