# United States District Court

CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA

v.

BENGA AKANNI OYENIRAN

**WARRANT FOR ARREST**
ON COMPLAINT

CASE NUMBER: 12-

12-1863M

To:  The United States Marshal or any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: BENGA AKANNI OYENIRAN
                                        Name

and bring defendant forthwith to the nearest Judge/Magistrate to answer a
complaint charging defendant with violations of Title 18, United States
Code, Sections 1349 and 1344, Conspiracy to Commit Bank Fraud.

Date: August 2, 2012

Hon. Patrick J. Walsh
Name of Judge/Magistrate Judge

_Patrick J. Walsh_
Signature of Judge/Magistrate

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | ARRESTED WITHIN THE C/CA BY: _U.S. Postal Service_ ON: _8/6/12_ SIGNED: _E. Neal_ | |